the statutory notice in a statement of claim for per-
sonal injuries against a city in a fourth-class action
in the Municipal Court. The distinction is clearly
based upon a construction of the Municipal Court Act,
and the holding by the court that the statement of
claim in a tort action in the Municipal Court does not
arise to the dignity of a common-law declaration, re-
quiring all the material or ultimate facts of a case to
be stated or pleaded. The doctrine of *Walters v. City
of Ottawa, supra,* is not only not departed from but
confirmed, although it is distinguished as not being
pertinent to the Municipal Court practice nor anal-
ogous to pleadings in that court which are founded and
controlled by different principles and legislative acts
than those of the common-law courts of the State.

The judgment of the Superior Court is supported
by the record, and is affirmed.

*Affirmed.*

### J. E. Slater, Plaintiff in Error, v. Elbert D. Ball, Defendant in Error.

#### Gen. No. 22,597.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K.
JARECKI, Judge, presiding. Heard in this court at the October term,
1916. Affirmed. Opinion filed February 5, 1917.

### Statement of the Case.

Action by J. E. Slater, plaintiff, against Elbert D.
Ball, defendant, to recover $451.50 upon a note given
by defendant. From a judgment for defendant, plain-
tiff brings error.

JOSEPH M. CONNERY, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 451*—*when evidence is sufficient to show payment of note.* Evidence *held* sufficient to show that the note sued on and given by the defendant was paid by the conveyance to the plaintiff of a farm.

---

## H. M. Freeman, Appellee, v. J. T. Counsell, Appellant.

### Gen. No. 22,605.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 5, 1917.

### Statement of the Case.

Judgment by confession taken by H. M. Freeman, plaintiff, against J. T. Counsell, defendant, upon a promissory note, with power of attorney to confess judgment, in the sum of $448.04. From a reinstatement of the judgment, after same had been opened and a hearing had, the defendant appeals.

The payee of this note became a bankrupt and the plaintiff purchased it through the bankruptcy proceedings prior to maturity of the note. Judgment was entered July 16, 1915. The defendant, with knowledge of the entry of the judgment from that date, took no steps

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.